IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DARROW CHRISTIAN, Individually, and on behalf of all others similarly situated,** | : : : : |
| Plaintiff, | : CIVIL ACTION FILE : NO. 1:17-cv-04524-SCJ |
| v. | : : |
| **ROADRUNNER TRANSPORTATION SERVICES, INC.,** | : : : |
| Defendant. | : : |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(ii), the parties stipulate and agree to the dismissal of this case without prejudice, with each party to bear their own costs and attorneys' fees.

Respectfully submitted this 25th day of January, 2018.

FOR PLAINTIFF:

/s/ Dean R. Fuchs
DEAN R. FUCHS
Georgia Bar No. 279170
Schulten Ward Turner & Weiss, LLP
260 Peachtree Street NW, Suite 2700
Atlanta, Georgia 30303
404-688-6800
d.fuchs@swtwlaw.com

FOR DEFENDANT:

/s/ Andrew J. Butcher
ANDREW J. BUTCHER
Scopelitis Garvin Light Hanson & Feary
30 W. Monroe Street, Ste. 600
Chicago, IL 60603
312-255-7200

JAMES T. SPOLYAR
PAUL D. ROOT
Scopelitis Garvin Light Hanson & Feary
10 W. Market Street, Ste. 1400
Indianapolis, IN 46204

317-637-1777

DAVID F. ROOT
ABBY C. GROZINE
Carlock, Copeland & Stair, LLP
191 Peachtree Street NE
Suite 3600
Atlanta, GA 30303
404-221-2253

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DARROW CHRISTIAN, Individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ROADRUNNER TRANSPORTATION SERVICES, INC.,<br><br>    Defendant. | :<br>:<br>:<br>:<br>:  CIVIL ACTION FILE<br>:  NO. 1:17-cv-04524-SCJ<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## CERTIFICATE OF SERVICE

I certify that I have this day served **JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** upon the following attorneys of record using the Court's CM/ECF system:

> ANDREW J. BUTCHER
> Scopelitis Garvin Light Hanson & Feary, PC
> 30 W. Monroe Street, Ste. 600
> Chicago, IL 60603
>
> JAMES T. SPOLYAR
> PAUL D. ROOT
> Scopelitis Garvin Light Hanson & Feary, PC
> 10 W. Market Street, Ste. 1400
> Indianapolis, IN 46204

3

DAVID F. ROOT
ABBY C. GROZINE
Carlock, Copeland & Stair, LLP
191 Peachtree Street NE
Suite 3600
Atlanta, GA 30303

This 25th day of January, 2018.

                                      /s/ Dean R. Fuchs
                                      DEAN R. FUCHS
                                      Georgia Bar No. 279170

SCHULTEN WARD TURNER & WEISS, LLP
260 Peachtree Street, NW
Suite 2700
Atlanta, Georgia 30303
(404) 688-6800 Telephone